

370 Lexington Avenue, Suite 1101
New York, NY 10017
Tel (646) 560-3224
Fax (207) 421-9215
geronlegaladvisors.com

Yann Geron
ygeron@geronlegaladvisors.com

April 29, 2024

**VIA ELECTRONIC FILING**

Office of Clerk, United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re:**     **John Wickliffe Waller, III, Debtor; Case No. 23-10660-pb**

Dear Madam or Sir:

We represent John Wickliffe Waller, III, the above-referenced debtor (the "Debtor"). We write to request that the Court issue a Notice of Discharge of Debts in this case.

The time to object to discharge or to the dischargeability of debts in this case expired some months ago. On November 9, 2023, the Debtor entered into the *Sixth Stipulation* (the "Stipulation") *and Order Extending the Trustee's Time to Object to the Debtor's Discharge and/or Move to Dismiss with Counsel to the Trustee*, which was "so ordered" on November 14, 2023. The Stipulation extended the Debtor's discharge deadline through December 15, 2023. That Stipulation was the final extension of the discharge deadline in this case and no further extensions were sought or granted. No party has objected to the Debtor's discharge or to the dischargeability of any debts.

As the Debtor's discharge deadline has long since expired and no objections have been filed, we respectfully request that the Debtor's discharge be issued without further delay.

Thank you for your attention to this matter.

Sincerely,

*s/ Yann Geron*

Yann Geron

cc (*via email*):
        Jeannette Litos, Esq.
        Fred Stevens, Esq.