Information to identify the case:

Debtor 1: John Wickliffe Waller III
First Name   Middle Name   Last Name

Social Security number or ITIN: xxx–xx–9878
EIN: __–_____

Debtor 2 (Spouse, if filing):
First Name   Middle Name   Last Name

Social Security number or ITIN: ____
EIN: __–_____

United States Bankruptcy Court: Southern District of New York

Case number: 23-10660-pb

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John Wickliffe Waller III

5/1/24

**By the court:** Philip Bentley
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

| | | |
|---|---|---|
| In re: | | Case No. 23-10660-pb |
| John Wickliffe Waller, III | | Chapter 7 |
|     Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 01, 2024 | Form ID: 318 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Wickliffe Waller, III, 900 Park Avenue, Apt. 5E, New York, NY 10075-0280 |
| cr | + | ACAR Leasing Ltd. dba GM Financial Leasing, c/o Deborah Kall Schaal Esq., Law Office of Deborah K. Schaal, Office Suites of Linden Oaks, 70 Linden Oaks, 3rd Floor Rochester, NY 14625-2804 |
| 8019801 | + | Bank of America, PO Box 982239, El Paso, TX 79998-2239 |
| 8019803 | + | Cameron Reynolds, 420 Tuttle Avenue, Spring Lake, NJ 07762-1542 |
| 8016997 | + | Con Edison, Cooper Station, P.O. Box 138, New York, NY 10276-0138 |
| 8016998 | + | First Republic, 111 Pine Street, San Francisco, CA 94111-5628 |
| 8018229 | + | Garrett M. Baker, c/o FAEGRE DRINKER BIDDLE & REATH LLP, 1177 6th Ave, 41st floor, New York, NY 10036-2714, Attn: Andrew B. Joseph, Esq. |
| 8018230 | + | Garrett M. Baker, c/o FAEGRE DRINKER BIDDLE & REATH LLP, 1177 6th Ave, 41st floor, New York, NY 10036-2714, Attn: Frank F. Velocci, Esq. |
| 8222225 | + | Garrett M. Baker, c/o Faegre Drinker, 600 Campus Drive, Florham Park, NJ 07932-1044 |
| 8017000 | + | Garrett M. Baker, c/o Andrew B. Joseph, Esq., 600 Campus Drive, Florham Park, NJ 07932-1044 |
| 8017002 | + | Life Storage, 6467 Main St., Buffalo, NY 14221-5856 |
| 8017004 | + | Mazar's USA, 135 West 50th Street, New York, NY 10020-1201 |
| 8019809 | + | Mazars USA LLP, 135 West 50th Street, New York, NY 10020-1201 |
| 8019810 | + | Merrill Lynch, 230 Vesey Street, New York, NY 10080-0001 |
| 8017009 | + | NYS Dept. of Taxation and Finance, PO Box 15555, Albany, NY 12212-5555 |
| 8017006 | + | Neal Brickman PC, 420 Lexington Avenue, Suite 2811, New York, NY 10170-2811 |
| 8017007 | + | Neil Brickman, Esq., 420 Lexington Ave #2811, New York, NY 10170-2811 |
| 8019812 | + | Neil Brickman, Esq., 420 Lexington Avenue, Suite 2811, New York, NY 10170-2811 |
| 8017008 | + | New Jersey Natural Gas, JCP&L, P.O. Box 11743, Newark, NJ 07101-4743 |
| 8017011 | + | Proskauer, 11 Times Square, New York, NY 10036-8299 |
| 8019815 | + | Proskauer Rose LLP, 11 Times Square, New York, NY 10036-8299 |
| 8017012 | + | Roadway Storage, 845 3rd Ave, 6th Floor, New York, NY 10022-6630 |
| 8017013 | + | Southern States - Gristedes, 800 Third Avenue, New York, NY 10022-7649 |
| 8017014 | + | Stifel Nicoulaus, 501 North Broadway, Saint Louis, MO 63102-2188 |
| 8017015 | + | The Park 900 Condominium, 900 Park Avenue, New York, NY 10075-0231 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: QYGERON.COM | May 01 2024 23:06:00 | Yann Geron, Geron Legal Advisors LLC, 370 Lexington Avenue, 1101, New York, NY 10017-6532 |
| aty | + | EDI: QYGERON.COM | May 01 2024 23:06:00 | Yann Geron, Yann Geron, Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1101, New York, NY 10017-6532 |
| tr | + | Email/Text: LDUC@AOL.COM | May 01 2024 19:09:00 | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |
| 8218399 | + | EDI: PHINAMERI.COM | May 01 2024 23:06:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 8016995 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2024 19:12:56 | American Express, P.O. Box 96001, Los Angeles, CA 90096-8000 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 8016996 | + | Email/PDF: bncnotices@becket-lee.com | May 01 2024 19:12:42 | American Express Corporate, P.O. Box 96001, Los Angeles, CA 90096-8000 |
| 8224792 | | Email/PDF: bncnotices@becket-lee.com | May 01 2024 19:12:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8019802 | + | Email/Text: andrea.piediscalzo@bankoflouisiana.com | May 01 2024 19:09:00 | Bank of Lousiana, 3340 Severn Avenue, Metairie, LA 70002-7412 |
| 8028003 | + | Email/Text: EAGBankruptcy@coned.com | May 01 2024 19:09:00 | CONSOLIDATED EDISON COMPANY OF NEW YORK INC, BANKRUPTCY GROUP - EAG, 4 IRVING PLACE 9TH FLOOR, United States, NEW YORK, NY 10003-3502 |
| 8238654 | + | Email/Text: ecfbnc@aldridgepite.com | May 01 2024 19:09:00 | First Republic, c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Ste 725, San Diego, CA 92108-1619, Attn: Jenelle C. Arnold, Esq. |
| 8238526 | + | Email/Text: ecfbnc@aldridgepite.com | May 01 2024 19:09:00 | First Republic, c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 8019807 | + | EDI: PHINAMERI.COM | May 01 2024 23:06:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 8017001 | + | EDI: PHINAMERI.COM | May 01 2024 23:06:00 | GM Financial, 4001 Embarcadero Dr., Arlington, TX 76014-4106 |
| 8019808 | | EDI: JPMORGANCHASE | May 01 2024 23:06:00 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 8239137 | + | Email/Text: ecfbnc@aldridgepite.com | May 01 2024 19:09:00 | JPMorgan Chase Bank, N.A., c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Ste 725, San Diego, CA 92108-1619, Attn: Jenelle C. Arnold, Esq. |
| 8224233 | + | Email/Text: RASEBN@raslg.com | May 01 2024 19:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 8239107 | + | Email/Text: ecfbnc@aldridgepite.com | May 01 2024 19:09:00 | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 8017010 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 01 2024 19:09:00 | NYS Dept. of Taxation and Finance, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 8017016 | + | EDI: IRS.COM | May 01 2024 23:05:00 | United States Treasury, PO Box 931000, Louisville, KY 40293-1000 |
| 8019820 | + | EDI: WFFC2 | May 01 2024 23:06:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Republic |
| intp | | Garrett M. Baker |
| cr | | JPMorgan Chase Bank, N.A., successor-in-interest b |
| 8016999 | | Garrett Baker |
| 8017003 | | Mastercard |
| 8017005 | | Merrill Lynch |
| 8019816 | | Stifel, Nicolaus & Co., Inc. |
| 8019817 | | The 900 Park Avenue Condominium |
| 8017018 | | Wells Fargo |
| aty | *+ | Gregory M. Messer, Law Offices of Gregory Messer, PLLC, 26 Court Street, Suite 2400, Brooklyn, NY 11242-1124 |

| | | |
|---|---|---|
| 8019800 | *+ | American Express, P.O. Box 96001, Los Angeles, CA 90096-8000 |
| 8231295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 8019804 | *+ | First Republic, 111 Pine Street, San Francisco, CA 94111-5628 |
| 8019806 | *+ | GM Financial, 4001 Embarcadero Dr., Arlington, TX 76014-4106 |
| 8019805 | *+ | Garrett M. Baker, c/o Andrew B. Joseph, Esq., 600 Campus Drive, Florham Park, NJ 07932-1044 |
| 8239108 | *+ | Jenelle C. Arnold, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 8019813 | *+ | NYS Dept. of Taxation and Finance, PO Box 15555, Albany, NY 12212-5555 |
| 8019814 | * | NYS Dept. of Taxation and Finance, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 8019811 | *+ | Neal Brickman PC, 420 Lexington Avenue, Suite 2811, New York, NY 10170-2811 |
| 8019818 | *+ | United States Treasury, PO Box 931000, Louisville, KY 40293-1000 |
| 8017017 | *+ | United States Treasury, Po Box 931000, Louisville, KY 40293-1000 |
| 8019819 | *+ | United States Treasury, Po Box 931000, Louisville, KY 40293-1000 |

TOTAL: 9 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 03, 2024          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:

**Name** — **Email Address**

Deborah Kall Schaal
on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing debbie@dksattorney.com

Frank F. Velocci
on behalf of Interested Party Garrett M. Baker frank.velocci@faegredrinker.com  cathy.greer@faegredrinker.com

Fred Stevens
on behalf of Trustee Gregory M. Messer fstevens@klestadt.com

Gregory M. Messer
on behalf of Trustee Gregory M. Messer lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com

Gregory M. Messer
lduc@aol.com NY54@ecfcbis.com;gmesser@messer-law.com,mwilliams@messer-law.com

Jenelle C Arnold
on behalf of Creditor First Republic bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Jenelle C Arnold
on behalf of Creditor JPMorgan Chase Bank  N.A., successor-in-interest by purchase of the loan from the Federal Deposit Insurance Corporation as Receiver for First Republic Bank, San Francisco, CA bkecfinbox@aldridgepite.com, jarnold@ecf.courtdrive.com

Lauren Catherine Kiss
on behalf of Trustee Gregory M. Messer lkiss@klestadt.com

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Yann Geron
on behalf of Debtor John Wickliffe Waller  III ygeron@geronlegaladvisors.com, ygeronnys@ecf.axosfs.com;jlitos@geronlegaladvisors.com;asuffern@axosfs.com;ygeron@geronlegaladvisors.com;nsantucci@geronlegaladvisors.com;adreher@geronlegaladvisors.com